No. 91–988.  FINLEY ET AL. *v.* HOECHST CELANESE CORP. C. A. 4th Cir.  Certiorari denied.

No. 91–989.  CRYTES ET AL. *v.* SCHAFER, DIRECTOR OF MENTAL HEALTH OF MISSOURI.  C. A. 8th Cir.  Certiorari denied.

No. 91–993.  TOLOKAN, DBA JOE & MIKE'S SERVICE STATION *v.* MOBIL OIL CORP.  C. A. 2d Cir.  Certiorari denied.

No. 91–1003.  MCGLOTHLIN *v.* VIRGINIA.  Ct. App. Va.  Certiorari denied.

No. 91–1004.  SCHEETZ ET VIR *v.* THE MORNING CALL, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–1005.  KIDWELL ET AL. *v.* WAKEFIELD PROPERTIES, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–1011.  HALE ET AL. *v.* CARLSON.  C. A. 8th Cir.  Certiorari denied.

No. 91–1015.  TEMKIN ET VIR *v.* FREDERICK COUNTY COMMISSIONERS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–1016.  INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA *v.* BIG HORN COAL CO.  C. A. 10th Cir.  Certiorari denied.

No. 91–1017.  HOWE *v.* GOLDCORP INVESTMENTS LTD. ET AL. C. A. 1st Cir.  Certiorari denied.

No. 91–1018.  NORTHERN TRUST CO., SUCCESSOR GUARDIAN OF THE ESTATE OF MORAN *v.* UPJOHN CO. ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 91–1020.  ROSE *v.* FULTZ ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91–1022.  YOUNG ET AL. *v.* MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL.  C. A. 2d Cir.  Certiorari denied.